OPINION — AG — ** ATTORNEYS, PRACTICE OF LAW ** (1) A PERSON WHO IS NOT A DULY LICENSED TO PRACTICE LAW IN THE SUPREME COURT OF OKLAHOMA MAY NOT APPEAR FOR AND REPRESENT INDIVIDUAL PARTIES IN PROCEEDINGS BEFORE THE BOARD OF REVIEW. (2) A COMMISSIONER OF THE OKLAHOMA SECURITY COMMISSION, ACTING IN A UNOFFICIAL CAPACITY, MAY NOT REPRESENT INDIVIDUAL PARTIES IN PROCEEDINGS BEFORE THE LOCAL BOARD OF REVIEW. (CONFLICT OF INTEREST) CITE: 40 O.S. 1980 Supp., 2-504 [40-2-504], 40 O.S. 1980 Supp., 2-601 [40-2-601], 40 O.S. 1980 Supp., 2-602 [40-2-602], 40 O.S. 1980 Supp., 2-206 [40-2-206], 40 O.S. 1980 Supp., 2-607 [40-2-607], 40 O.S. 1980 Supp., 2-611 [40-2-611], 74 O.S. 1976 Supp., 1404(E) [74-1404], 74 O.S. 1976 Supp., 1404(F) [74-1404], 75 O.S. 1978 Supp., 301(5) [75-301], 75 O.S. 1971 309 [75-309], 75 O.S. 1971 310 [75-310], 75 O.S. 1971 310(5) [75-310] (JOHN PAUL JOHNSON)